# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Jason Lache Hutchinson, ) | Case No. 1:23-cr-123 |
| ) | |
| Defendant. ) | |

Defendant made his initial appearance in this matter and was arraigned on July 13, 2023. (Doc. No. 6). On motion by the United States, the court ordered him detained pending a detention hearing on July 18, 2023. (Doc. No. 12). Defendant subsequently filed a waiver of his right to a detention hearing. (Doc. No. 16). Consequently, the court cancelled his detention hearing and ordered that he be detained pending trial. (Doc. No. 17).

On July 18, 2023, the United States advised that it did not object to Defendant having contact with his alleged adult victim, R.H., to discuss his farming operation. Accordingly, the court shall permit Defendant to communicate with R.H. about his farming operation.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court