## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America,, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jason Lathe Hutchinson, | ) | Case No. 1:23-cr-123 |
| | ) | |
| Defendant. | ) | |

On August 2, 2023, Defendant filed a "Motion for Reconsideration of Order Requiring Payment" along with a request for a hearing on this matter.  (Doc. Nos. 23 and 24). Based on financial information provided by Defendant, the court issued an order on July 17, 2023, that required him to make monthly contributions to the cost of his defense. (Doc. No. 18).  He now requests the court to reconsider this order, asserting that requiring him to contribute to the cost of his defense will negatively impact his family given their financial reliance on him.

Based upon the additional information provided by Defendant, the court **GRANTS** his motion (Doc. No. 23) and **VACATES** its order requiring him to financially contribute to the cost of his defense (Doc. No. 18).  Defendant's request for a hearing (Doc. No. 24) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2023.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court.